UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HYPER BICYCLES, INC., a Massachusetts corporation,<br><br>    Plaintiff,<br> v.<br>BALLARD PACIFIC RESOURCES, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-CV-02574-MWF-RAO<br><br>**[PROPOSED] ORDER ON ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: June 28, 2022 |

The Court having reviewed the Stipulated Protective Order between Plaintiff, HYPER BICYCLES, INC. and Defendant, BALLARD PACIFIC RESOURCES, INC. and FOR GOOD CAUSE SHOWN, HEREBY ORDERS that the parties' Stipulated Protective Order is APPROVED as requested.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: August 31, 2021

            _____
            The Honorable Rozella A. Oliver
            United States Magistrate Judge